## **VERIFICATION**

      I, DENISE M. ALARCON, declare under penalty of perjury, that I have read the statements contained in the foregoing Expedited Motion to Extend the Automatic Stay and that they are true and correct.

DATED: 5/6/2022

/s/ Denise M. Alarcon
_____
**DENISE M. ALARCON, DEBTOR**